BEFORE THE SECOND DIVISION, SEPTEMBER 2, 1958

**No. 62328.**—Aluminum Import Corp. et al. *v.* United States, protests 209234–K, etc. (Buffalo).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiffs was sustained.

**No. 62329.**—Rietmann Pilcer Co. *v.* United States, protest 304835–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 62330.**—Herz Specialty Products, Inc., and D. J. Ambrosio *v.* United States, protests 310921–K and 310025–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 62331.**—Plus Computing Machines, Inc. *v.* United States, protests 267318–K, etc. (New York).